United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50044
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JESUS JOSE AVALOS-OAXACA

Defendant - Appellant

_____
Appeal from the United States District Court for the
Western District of Texas, El Paso
_____

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate the

sentence is GRANTED.


IT IS FURTHER ORDERED that appellee's unopposed motion to

remand case to the US District Court for the Western District of

Texas, El Paso Division for re-sentencing is GRANTED.


IT IS FURTHER ORDERED that appellee's unopposed alternative

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1

motion to extend time to file appellee's brief until fourteen (14) days from the Court's denial of appellee's motion to vacate and remand is DENIED AS MOOT.